Elizabeth Stranahan, Appellant, v. Erie County Savings Bank, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that a case was made out for the jury. All concurred, except Kruse, P. J., and Foote, J., who dissented.

Emma Roland, Respondent, v. Village of Lancaster, Appellant.— Judgment and order affirmed, with costs. All concurred.

Rochester Photo Works, Inc., Respondent, v. Bausch & Lomb Optical Company, Appellant.— The appeal from the order entered June 15, 1915, is dismissed, with ten dollars costs and disbursements, upon the ground that the defendant having availed itself of the order and proceeded with the examination has waived the right to appeal. The order entered January 10, 1916, is affirmed, with ten dollars costs and disbursements, without prejudice to a motion by defendant for a further modification of the order for the examination if so advised. Held, that on the testimony given before the referee we cannot say that the Special Term erred in construing the order for examination as modified. All concurred.

Fred W. Lang, Respondent, v. American Brewing Company of Rochester, N. Y., Appellant.— Judgment and order affirmed, with costs. All concurred.

Francis L. Warner, Respondent, v. George A. Otis Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Louis Powlowski, by Walenty Powlowski, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Theodore J. Vogelgesang, Appellant.—Judgment of conviction affirmed. All concurred.

Timothy Conklin, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles H. Race, Respondent, v. Ellis A. Griffith, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Geneva Limestone Company, Inc., Appellant, v. Kennedy Manufacturing and Engineering Company, Respondent.— Order reversed, with ten dollars costs and disbursements. Held, that the papers are sufficient to show that the summons was properly served and that the motion to vacate such service should have been denied. All concurred.

Freeman A. Church, Respondent, v. Ellis A. Griffith, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.